Commonwealth *v.* Moore, Appellant.

Submitted June 14, 1967. *William E. McDaniels* and *Melvin Dildine*, Assistant Defenders, and *Herman I. Pollock*, Defender, for appellant; *Joel S. Moldovsky* and *Alan J. Davis*, Assistant District Attorneys, *Richard A. Sprague*, First

Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.